ROBERT ST. JOHN ET AL. *v.* COMMISSIONER OF
TRANSPORTATION OF THE STATE OF
CONNECTICUT

The defendant's "Motion to Strike the Appendix to Brief of the Plaintiffs-Appellees" in the appeal from the Superior Court in Fairfield County is denied.

*Arnold K. Shimelman,* assistant attorney general, for the appellant (defendant).

*Jules Lang,* for the appellees (plaintiffs).

Argued November 16—decided November 24, 1976

STATE OF CONNECTICUT *v.* LARRY E. BROWN

The defendant's motion to set aside the judgment of the trial court and to enter judgment in his favor in the appeal from the Superior Court in Fairfield County is denied.

*Joseph M. Brophy,* special public defender, for the appellant (defendant).

*Thomas E. Minogue, Jr.,* assistant state's attorney, for the appellee (state).

Argued November 16—decided November 24, 1976

STATE OF CONNECTICUT *v.* JOSEPH-MARIO SPATES

The defendant's "Motion for Reconsideration" in the appeal from the Superior Court in Hartford County is denied.

*Joseph-Mario Spates,* pro se, in support of the motion.

Submitted November 15—decided November 24, 1976